JS-6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROMILIEN A. FLEMING,<br><br>        Petitioner,<br><br>        v.<br><br>MATTHEW MARTEL, WARDEN,<br><br>        Respondent. | Case No. SACV 08-1094-GAF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition herein is denied with prejudice.

Dated: _____3/6/09_____

_____
Gary A. Feess
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY